Opinion issued March 29, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00069-CV

———————————

thomas t.s.
chung, kyoung han kwon and kyung sub song, Appellants

V.

hong
bae kim, individually and on behalf of the congregation of the korean christian
church of houston,
Appellee



 



 

On Appeal from the 333rd District Court 

Harris County, Texas



Trial Court Cause No. 2010-10464

 



MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Higley and Brown.